UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THE HANSON GROUP, LLC,
a Georgia limited liability company,

       Plaintiff,                               CASE NO. 2:17-cv-226-FM-38CM

v.

TOTAL CONTAINMENT SOLUTIONS,
INC.,

       Defendant,

and

FINEMARK NATIONAL BANK &
TRUST,

       Garnishee,

_____/

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA

To Each Sheriff of the State:

YOU ARE COMMANEDED to summon the Garnishee, FINEMARK NATIONAL BANK & TRUST, to serve an answer to this writ on Plaintiff's attorney, whose name and address is Krista Sivick, Baker & Hostetler LLP, 2300 SunTrust Center, 200 South Orange Avenue, Orlando, Florida 32801, (407) 649-3922, ksivick@bakerlaw.com, within 20 days after service on the Garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant, TOTAL CONTAINMENT SOLUTIONS, INC., at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what

4831-9801-4047.1



EXHIBIT
B

sum and what tangible and intangible personal property of Defendant, TOTAL CONTAINMENT SOLUTIONS, INC., the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant, TOTAL CONTAINMENT SOLUTIONS, INC., or who may be in possession or control of any property of the Defendant, TOTAL CONTAINMENT SOLUTIONS, INC. The amount set forth in Plaintiff's Motion for Writ of Garnishment after Judgment is $650,678.50.

DATED on _____, 2018.

_____

As Clerk of Court

By:_____

As Deputy Clerk

4831-9801-4047.1